UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAVID CROWELL,

              Defendant.

**ORDER**

25 MAG. 3022

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Timothy Ly;

      It is ordered that, for the reasons stated in the Government's letter dated October 2, 2025, the order setting conditions of release entered in the Southern District of New York on September 30, 2025, is hereby stayed until 5:00 p.m. on October 6, 2025, pending further order of this Court.

Dated: New York, New York
       October 2, 2025

                                    *Jennifer Rochon*
                                HONORABLE JENNIFER L. ROCHON
                                United States District Judge